# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

RQ CONSTRUCTION, INC.,,

        V.

ECOLITE CONCRETE U.S.A., INC., ECOLITE INTERNATIONAL, INC., BRIAN SMITH,,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 09CV2728-CAB WVG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Default Judgment is hereby entered in favor of Plaintiff RQ Construction, Inc., and against Ecolite Concrete USA, Inc., as follows: Rescission of the Put Option Agreement in the amount of $3,000,000 for the Sixth and Tenth Causes of Action, upon RQ's tendering of the stock to Defendants. Damages in the amount of $4,343,917 for the Ninth Cause of Action, based on ECUSA's joint and several liability with Mr. Smith, and the jury's finding that the Plaintiff was damaged in that amount as a result of Mr. Smith's false or misleading representations on behalf of the company. Default Judgment is hereby entered in favor of Plaintiff RQ construction, Inc., and against Ecolite International, Inc., in the amount of $4,343,917 for the Ninth Cause of Action, based on Ecolite International's joint and several liability with Mr. Smith, and the jury's finding that the Plaintiff was damaged in that amount as a result of Mr. Smith's false or misleading representations on behalf of the company.

| September 13, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s./Y.Barajas |
| | (By) Deputy Clerk |
| | ENTERED ON September 13, 2012 |